HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
MARTIN PARRAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br><br>vs.<br><br>MARTIN PARRAZ,<br><br>          *Defendant.* | Case No. 1:23-MJ-00011-SKO<br><br>**APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for MARTIN PARRAZ, and designate counsel for service as follows:

    REED GRANTHAM
    Assistant Federal Defender
    2300 Tulare Street, Suite 330
    Fresno, CA 93721-2226
    Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated: February 16, 2023

                                        */s/      Reed Grantham*
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Martin Parraz