PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Feb 16, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN PARRAZ,<br>　AKA, "SHOOTER,"<br><br>　　　　　　　Defendant. | CASE NO. **1:23-cr-00032-ADA-BAM**<br><br>21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine and Heroin; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition (2 Counts); 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

## I N D I C T M E N T

<u>COUNT ONE</u>:  [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine and Heroin]

The Grand Jury charges: T H A T

MARTIN PARRAZ,

defendant herein, on or about January 16, 2023, in the County of Tulare, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute 50 grams and more of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A) and (b)(1)(C).

///

///

INDICTMENT                    1

COUNT TWO: [18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition]

The Grand Jury further charges: T H A T

MARTIN PARRAZ,

defendant herein, on or about January 16, 2023, in the County of Tulare, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

a) Tulare County Superior Court CR31150-A, Felony Possession of a Controlled Substance While Armed, in violation of California Health and Safety Code, Section 11370.1 on or about April 11, 1997;

b) Tulare County Superior Court CR330890A, Felony Exhibit Firearm in Presence of a Peace Officer, in violation of California Penal Code, Section 417(c), and was sentenced to 3 years prison on April 11, 1997;

c) Tulare County Superior Court VCF206836B, Felony Prohibited Person in Possession of Ammunition in violation of California Penal Code, Section 12316(b)(1) and Evading a Peace Officer: Disregard Safety, in violation of California Vehicle Code, Section 2800.2 and was sentenced to 5 years and 4 months imprisonment on September 30, 2002;

d) Tulare County Superior Court VCF070967-01, Felon in Possession of a Firearm, in violation of California Penal Code, Section 12021(a)(1), and was sentenced to 2 years prison on May 20. 2010;

e) Riverside County Superior Court RIF1100706, Felony Possession of a Controlled Substance for Sale in Violation of California Health and Safety Code, Section 11351 conviction on June 29, 2011 and was sentenced to 2 years imprisonment on August 5, 2011;

f) Tulare County Superior Court VCF272081, Felony Manufacture, Import, Etc. a Short-Barreled Rifle in violation of California Penal Code, Section 33215 and was sentenced to 32 months imprisonment on October 4, 2012;

g) Tulare County Superior Court VCF302127B, Discharge Firearm in Negligent Manner in violation of California Penal Code, Section 246.3 and Street Gang Act Street Terrorism in violation of California Penal Code, Section 186.22(b)(1)(A) and was sentenced to a total of five years in prison on May 28, 2015;

h) Tulare County Superior Court VCF313316, Felony Assault with a Deadly Weapon with Force: Possible Great Bodily Injury in violation of California Penal Code, Section 245(a)(4) and was sentenced to 5 years imprisonment on May 28, 2015;

i) Kern County Superior Court DF013178-A, Felony Prisoner in Possession of a Weapon, in violation of California Penal Code, Section 4502(a) and sentenced to 6 years of imprisonment on March 12, 2018.

did knowingly possess a firearm, specifically, a Smith and Wesson M and P Bodyguard, .38 Special Revolver with serial number CZX2216, and R.P, Winchester, and PMC .38 Special ammunition in and affecting commerce, in that said firearm and ammunition had previously been transported in interstate and foreign commerce

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE:  [18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition]

The Grand Jury further charges: T H A T

MARTIN PARRAZ,

defendant herein, on or about January 16, 2023, in the County of Tulare, State and Eastern District of California, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, specifically:

a) Tulare County Superior Court CR31150-A, Felony Possession of a Controlled Substance While Armed, in violation of California Health and Safety Code, Section 11370.1 on or about April 11, 1997;

b) Tulare County Superior Court CR330890A, Felony Exhibit Firearm in Presence of a Peace Officer, in violation of California Penal Code, Section 417(c), and was sentenced to 3 years prison on April 11, 1997;

c) Tulare County Superior Court VCF206836B, Felony Prohibited Person in Possession of Ammunition in violation of California Penal Code, Section 12316(b)(1) and Evading a Peace Officer: Disregard Safety, in violation of California Vehicle Code, Section 2800.2 and was sentenced to 5 years and 4 months imprisonment on September 30, 2002;

d) Tulare County Superior Court VCF070967-01, Felon in Possession of a Firearm, in violation of California Penal Code, Section 12021(a)(1), and was sentenced to 2 years prison on May 20. 2010;

e) Riverside County Superior Court RIF1100706, Felony Possession of a Controlled Substance for Sale in Violation of California Health and Safety Code, Section 11351 conviction on June 29, 2011 and was sentenced to 2 years imprisonment on August 5, 2011;

f) Tulare County Superior Court VCF272081, Felony Manufacture, Import, Etc. a Short-Barreled Rifle in violation of California Penal Code, Section 33215 and was sentenced to 32 months imprisonment on October 4, 2012;

g) Tulare County Superior Court VCF302127B, Discharge Firearm in Negligent Manner in violation of California Penal Code, Section 246.3 and Street Gang Act Street Terrorism in violation of California Penal Code, Section 186.22(b)(1)(A) and was sentenced to a total of five years

1     in prison on May 28, 2015;

2     h)     Tulare County Superior Court VCF313316, Felony Assault with a Deadly Weapon with Force: Possible Great Bodily Injury in violation of California Penal Code, Section 245(a)(4) and was sentenced to 5 years imprisonment on May 28, 2015;

    i)     Kern County Superior Court DF013178-A, Felony Prisoner in Possession of a Weapon, in violation of California Penal Code, Section 4502(a) and sentenced to 6 years of imprisonment on March 12, 2018.

did knowingly possess ammunition, specifically, CBC and PMC .38 Special bullets, located in a Chrysler 300 vehicle, in and affecting commerce, in that said ammunition had previously been transported in interstate and foreign commerce

    All in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

    1.     Upon conviction of the offense alleged in Count One above, defendant MARTIN PARRAZ, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a.     All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b.     A sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which defendant is convicted.

    2.     Upon conviction of the offenses alleged in Counts Two and Three of this Indictment, defendant MARTIN PARRAZ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

    3.     If any property subject to forfeiture, as a result of the offenses alleged in this Indictment, for which defendant is convicted:

|   |   |   |
|---|---|---|
| a. | cannot be located upon the exercise of due diligence; |
| b. | has been transferred or sold to, or deposited with, a third party; |
| c. | has been placed beyond the jurisdiction of the Court; |
| d. | has been substantially diminished in value; or |
| e. | has been commingled with other property which cannot be divided without difficulty; |

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**KIRK E. SHERRIFF**
_____
KIRK E. SHERRIFF
Assistant United States Attorney
Chief-Fresno Office

INDICTMENT

5