No.  1:23-cr-00032-ADA-BAM

FILED
Feb 16, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

## MARTIN PARRAZ, AKA, "SHOOTER,"

### INDICTMENT

**VIOLATION(S):** 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine and Heroin; 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition (2 Counts); 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

A true bill,

_____/S/_____
Foreman.

Filed in open court this _____ day

of _____, A.D. 20 _____

_____
Clerk.

Bail, $ __AS PREVIOUSLY SET__

_____

GPO 863 525

AO 257 (Rev. 9/92)

___ YES: SAB conflict in USAO (Before 01/01/13)   ___ Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No. _____

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY

U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT** -- U.S. vs.
▶ MARTIN PARRAZ, AKA, "SHOOTER,"

Address:

Birth Date: (Optional unless a juvenile)

☒ Male  ☐ Alien
☐ Female  (if applicable)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA- SA SHAWN RILEY

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:23-mj-00011-SKO

Name and Office of Person Furnishing Information on THIS FORM
STACEY MEDINA

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
KIMBERLY A. SANCHEZ

**DEFENDANT**
**IS _NOT_ IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST ▶

Or... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year
DATE TRANSFERRED TO U.S. CUSTODY ⇨

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS
X  **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**DEFENDANT IN CUSTODY: Preliminary Examination set for 2/22/2023 at 02:00 PM**

<u>**United States v. Martin Parraz**</u>
**Penalties for Indictment**

**<u>Defendants</u>**
**Martin Parraz**

### <u>COUNT 1:</u>

VIOLATION:       21 U.S.C. § 841(a)(1) - Possession with intent to distribute over 50 grams of methamphetamine (actual)

PENALTIES:       Mandatory minimum of 10 years in prison and up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

### <u>COUNTS 2 and 3:</u>

VIOLATION:       18 U.S.C. § 922(g)(1) - Felon in possession of firearm/ammunition

PENALTIES:       Maximum of 15 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### <u>FORFEITURE ALLEGATION:</u>

VIOLATION:       21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) - Criminal Forfeiture
PENALTIES:       As stated in the charging document