PHILLIP A. TALBERT
UNITED STATES ATTORNEY
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MARTIN PARRAZ<br><br>         Defendant. | CASE NO. 1:23-CR-00032-ADA-BAM<br><br>DESIGNATION OF COUNSEL |

Plaintiff, UNITED STATES OF AMERICA, hereby designates the following attorney as counsel for service in this action:

    Antonio J. Pataca
    Assistant United States Attorney
    U.S. Attorney's Office
    2500 Tulare Street, Suite 4401
    Fresno, CA 93721
    Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
    E-mail: Antonio.pataca@usdoj.gov

Dated: April 5, 2023

                                        PHILLIP A. TALBERT
                                        United States Attorney

                                By: /s/ ANTONIO J. PATACA
                                          Assistant United States Attorney

*