1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARTIN PARRAZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | Case No. 1:23-cr-00032-ADA-BAM
12 |            Plaintiff,               | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER**
13 | vs.                                 |
14 | MARTIN PARRAZ,                      | Date:  September 13, 2023
   |                                     | Time:  1:00 p.m.
15 |            Defendant.               | Judge: Hon. Barbara A. McAuliffe

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorneys Antonio Pataca and Stephanie Stokman, counsel for

19 plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Martin Parraz, that the

20 status conference currently scheduled for May 24, 2023, at 1:00 p.m. may be continued to

21 September 13, 2023, at 1:00 p.m.

22       A Criminal Complaint was filed in this case on January 24, 2023. *See* Dkt. #1. Mr. Parraz

23 made his initial appearance in this matter on February 8, 2023. *See* Dkt. #4. An Indictment issued

24 on February 16, 2023. *See* Dkt. #10. On February 22, 2023, the matter was set for a first status

25 conference to occur on May 24, 2023. *See* Dkt. #13.

26       The parties agree and stipulate, and request that the Court find the following. The

27 government has provided initial discovery in this matter. The defense is in the process of

28 reviewing the initial discovery, conducting further investigation, and discussing the matter with

his client. For these reasons, the defense requires additional time to discuss the case with his client, to conduct any further investigation and research, and to participate in any plea negotiation discussions with the government. The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 24, 2023, to September 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 17, 2023

/s/ Antonio Pataca
ANTONIO PATACA
STEPHANIE STOKMAN
Assistant United States Attorneys
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 17, 2023

/s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARTIN PARRAZ

**O R D E R**

**IT IS SO ORDERED.** The time period to September 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for May 24, 2023, at 1:00 p.m. is hereby continued to September 13, 2023, at 1:00 p.m.

Date: _____

Hon. Barbara A. McAuliffe
United States Magistrate Judge