HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN PARRAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00032-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| MARTIN PARRAZ, | Date:   September 13, 2023<br>Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorneys Antonio Pataca and Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Martin Parraz, that the status conference currently scheduled for May 24, 2023, at 1:00 p.m. may be continued to September 13, 2023, at 1:00 p.m.

A Criminal Complaint was filed in this case on January 24, 2023. *See* Dkt. #1. Mr. Parraz made his initial appearance in this matter on February 8, 2023. *See* Dkt. #4. An Indictment issued on February 16, 2023. *See* Dkt. #10. On February 22, 2023, the matter was set for a first status conference to occur on May 24, 2023. *See* Dkt. #13.

The parties agree and stipulate, and request that the Court find the following. The government has provided initial discovery in this matter. The defense is in the process of reviewing the initial discovery, conducting further investigation, and discussing the matter with

1  his client. For these reasons, the defense requires additional time to discuss the case with his
2  client, to conduct any further investigation and research, and to participate in any plea
3  negotiation discussions with the government. The requested continuance will conserve time and
4  resources for the parties and the Court. Counsel for defendant believes that failure to grant the
5  above-requested continuance would deny him the reasonable time necessary for effective
6  preparation, taking into account the exercise of due diligence. The government does not object to
7  the continuance.
8      Based on the above-stated findings, the ends of justice served by continuing the case as
9  requested outweigh the interest of the public and the defendant in a trial within the original date
10 prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
11 Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 24,
12 2023, to September 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§
13 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by
14 the Court at defendant's request on the basis of the Court's finding that the ends of justice served
15 by taking such action outweigh the best interest of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 17, 2023

*/s/ Antonio Pataca*
ANTONIO PATACA
STEPHANIE STOKMAN
Assistant United States Attorneys
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 17, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARTIN PARRAZ

**ORDER**

IT IS SO ORDERED that the status conference is continued from May 24, 2023, to **September 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:   **May 18, 2023**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE