| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
MARTIN PARRAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00032-ADA-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| MARTIN PARRAZ, | Date:   June 12, 2024 |
| | Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorneys Antonio Pataca and Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Martin Parraz, that the status conference currently scheduled for March 27, 2024, at 1:00 p.m. may be continued to June 12, 2024, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. The government has provided initial discovery in this matter. The defense remains in the process of reviewing the initial discovery, conducting further investigation, and discussing the matter with his client. Additionally, the government has indicated that it intends to provide a plea agreement in the near future. Accordingly, the defense requires additional time to discuss the case with his client, to conduct any further investigation and research, to review and discuss any plea offer with his client, and to engage in any additional plea negotiation discussions with the government.

1   The requested continuance will conserve time and resources for the parties and the Court.
2   Counsel for defendant believes that failure to grant the above-requested continuance would deny
3   him the reasonable time necessary for effective preparation, taking into account the exercise of
4   due diligence. The government does not object to the continuance.

5       Based on the above-stated findings, the ends of justice served by continuing the case as
6   requested outweigh the interest of the public and the defendant in a trial within the original date
7   prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
8   Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 27,
9   2024, to June 12, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
10  and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at
11  defendant's request on the basis of the Court's finding that the ends of justice served by taking
12  such action outweigh the best interest of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 20, 2024       */s/ Antonio Pataca*
                           ANTONIO PATACA
                           STEPHANIE STOKMAN
                           Assistant United States Attorneys
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender

Date: March 20, 2024       */s/ Reed Grantham*
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           MARTIN PARRAZ

**ORDER**

IT IS SO ORDERED that the status conference is continued from March 27, 2024, to **June 12, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:   **March 20, 2024**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE