1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARTIN PARRAZ
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00032-ADA-BAM
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**
13 | vs. |
14 | MARTIN PARRAZ, | Date:   August 28, 2024
   |                 | Time:   1:00 p.m.
15 | Defendant. | Judge: Hon. Barbara A. McAuliffe
16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorneys Antonio Pataca, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Martin Parraz, that the status conference currently

20 scheduled for June 12, 2024, at 1:00 p.m. may be continued to August 28, 2024, at 1:00 p.m.

21        The parties agree and stipulate, and request that the Court find the following. The parties

22 have been engaged in plea discussions regarding this matter over the last several months. As a

23 result of those discussions, on June 3, 2024, the government provided a plea offer in this matter.

24 Counsel for Mr. Parraz is in need of additional time to review this plea offer in detail with his

25 client and to determine whether Mr. Parraz intends to accept this offer. Since Mr. Parraz is in

26 pretrial custody at the Central Valley Annex in McFarland, counsel for Mr. Parraz is in the

27 process of determining when one or more in-person visits with Mr. Parraz can be arranged so

28 that the plea offer can be discussed in detail.

1    As a result, the parties are requesting that this matter be continued to August 28, 2024, to
2    enable counsel for Mr. Parraz to discuss this offer in detail with Mr. Parraz. If Mr. Parraz accepts
3    this offer prior to that date, the parties will submit a stipulation to set the matter for a change of
4    plea prior to the proposed August 28, 2024 date. If Mr. Parraz does not accept the offer, the
5    parties will be prepared to set a motions schedule and/or a trial date at or before the proposed
6    August 28, 2024 date. The proposed date was selected in order to provide counsel for Mr. Parraz
7    sufficient time to discuss all aspects of any plea in this matter and also countenances counsel for
8    Mr. Parraz's time commitments in other matters and scheduled leave occurring during this time
9    period. Ultimately, the requested continuance will conserve time and resources for the parties
10   and the Court. Counsel for defendant believes that failure to grant the above-requested
11   continuance would deny him the reasonable time necessary for effective preparation, taking into
12   account the exercise of due diligence. The government does not object to the continuance.

13   Based on the above-stated findings, the ends of justice served by continuing the case as
14   requested outweigh the interest of the public and the defendant in a trial within the original date
15   prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
16   Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to August 28,
17   2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
18   3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at
19   defendant's request on the basis of the Court's finding that the ends of justice served by taking
20   such action outweigh the best interest of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 5, 2024          /s/ Antonio Pataca
                            ANTONIO PATACA
                            STEPHANIE STOKMAN
                            Assistant United States Attorneys
                            Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 5, 2024

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARTIN PARRAZ

# **O R D E R**

IT IS SO ORDERED that the status conference is continued from June 12, 2024, to **August 28, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **June 5, 2024**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE