HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN PARRAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN PARRAZ,<br><br>Defendant. | Case No. 1:23-cr-00032-NODJ-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date: October 23, 2024<br>Time: 1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorneys Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Martin Parraz, that the status conference currently scheduled for August 28, 2024, at 1:00 p.m. may be continued to October 23, 2024, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. On June 3, 2024, the government provided a plea agreement in this matter. Additionally, on June 6, 2024, the government provided additional discovery in this matter, including body camera videos. Since that date, counsel for Mr. Parraz has discussed the plea agreement with Mr. Parraz and has been in the process of reviewing the additional discovery. Counsel for Mr. Parraz requires additional time to continue his review of the discovery in this case and additional time to see Mr. Parraz in person at the Central Valley Annex to go over the plea agreement in detail and to answer any and all questions regarding the proposed plea agreement.

1   As a result, the parties are requesting that this matter be continued to October 23, 2024, so that the above can be accomplished. If Mr. Parraz accepts this offer prior to that date, the parties will submit a stipulation to set the matter for a change of plea prior to the proposed October 23, 2024 date. The proposed date was selected in order to provide counsel for Mr. Parraz sufficient time to discuss all aspects of any plea in this matter and also countenances counsel for Mr. Parraz's time commitments in other matters and scheduled leave occurring during this time period. Ultimately, the requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to October 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 21, 2024        /s/ Antonio Pataca
                             ANTONIO PATACA
                             STEPHANIE STOKMAN
                             Assistant United States Attorneys
                             Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 21, 2024

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARTIN PARRAZ

# **O R D E R**

IT IS SO ORDERED that the status conference is continued from August 28, 2024, to **October 23, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:   **August 21, 2024**              /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE