HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN PARRAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN PARRAZ,<br><br>Defendant. | Case No. 1:23-cr-00032-NODJ-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL CONFIRMATION AND TRIAL DATE; AND ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Martin Parraz, that the status conference hearing currently scheduled for October 23, 2024, at 1:00 p.m. may be vacated, and that a trial date be set on May 20, 2025, at 8:30 a.m., and a trial confirmation hearing be set on May 5, 2025, at 8:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2024, to May 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 15, 2024  /s/ Antonio Pataca
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 15, 2024  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARTIN PARRAZ

## ORDER

IT IS SO ORDERED that the status conference set for October 23, 2024, is vacated. A jury trial is set for **May 20, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **1 week**. A trial confirmation is set for **May 5, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **October 15, 2024**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE