HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN PARRAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00032-NODJ-BAM |
| Plaintiff, | STIPULATION TO VACATE TRIAL CONFIRMATION AND TRIAL DATE AND SET CHANGE OF PLEA HEARING; ORDER |
| vs. | |
| MARTIN PARRAZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Martin Parraz, that the trial confirmation currently scheduled May 5, 2025, at 8:30 a.m. and the trial currently scheduled for May 20, 2025, at 8:30 a.m. may be vacated and a change of plea hearing be set for February 24, 2025, at 9:00 a.m.

The parties have executed a plea agreement in this matter, and, as a result, the parties are requesting to vacate the current trial date, and to set a change of plea hearing for February 24, 2025. This request is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 24, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree

that the ends of justice are served by setting this change of plea hearing outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 6, 2025          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARTIN PARRAZ

MICHELE BECKWITH
Acting United States Attorney

Date: February 6, 2025          */s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED that the jury trial set for May 20, 2025 and trial confirmation set for May 5, 2025 are vacated. A change of plea hearing is set for **February 24, 2025, at 9:00 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 6, 2025**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE